**In the Interest of I.F.G., A Minor.**

No. ED 95245.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 3, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 8, 2011.

Allison Wolff, Family Court of St. Louis
County, Clayton, MO, for respondent Juvenile Officer.

Christopher M. Braeske, St. Louis, MO,
for appellant.

Joan A. Coulter, St. Louis, MO, Guardian Ad Litem.

Before GLENN A. NORTON, P.J.,
KATHIANNE KNAUP CRANE, J., and
GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Mother appeals from the judgment of
the trial court terminating her parental
rights to her minor child. The judgment
is supported by substantial evidence and is
not against the weight of the evidence.
No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts
and restating the principles of law would
have no precedential value. The parties
have been furnished with a memorandum
opinion for their information only, setting
forth the facts and reasons for this order.

The judgment is affirmed in accordance
with rule 84.16(b).

**Roy E. SAMUEL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 72144.

Missouri Court of Appeals,
Western District.

May 3, 2011.

Jay T. Grodsky, Leawood, KS, for Appellant.

Shaun J. Mackelprang, Jefferson City,
MO, for Respondent.

Before MARK D. PFEIFFER, P.J.,
THOMAS H. NEWTON, and ALOK
AHUJA, JJ.

### ORDER

PER CURIAM:

Mr. Roy E. Samuel appeals the denial of
a Rule 24.035 post-conviction relief motion.
Mr. Samuel pleaded guilty to first-degree
burglary and misdemeanor stealing.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
84.16(b).